# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: § 
  §
BERNADETTE BROWNLEE § Case No. 11-47310
  §
         Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-47310 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BERNADETTE BROWNLEE | | | | Date Filed (f) or Converted (c): | 11/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/19/2011 |
| For Period Ending: | 01/20/2015 | | | | Claims Bar Date: | 05/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 177,400.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 10.00 | 10.00 | | 0.00 | FA |
| 3. Cash | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 4. Bank Account | 50.00 | 50.00 | | 0.00 | FA |
| 5. Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account | 50.00 | 50.00 | | 0.00 | FA |
| 7. Household Goods | 400.00 | 400.00 | | 0.00 | FA |
| 8. Household Goods | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. Household Goods | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. Household Goods | 250.00 | 250.00 | | 0.00 | FA |
| 11. Wearing Apparel | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12. Furs Jewelry | 500.00 | 500.00 | | 0.00 | FA |
| 13. Furs Jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 15. Hobby Equipment | 20.00 | 20.00 | | 0.00 | FA |
| 16. IRA | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 17. Equitable Future Interest Life Estate | 0.00 | 0.00 | | 0.00 | FA |
| 18. License Franchises Other General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 19. Vehicle | 5,335.00 | 5,335.00 | | 0.00 | FA |
| 20. Office Equipment Furnishings | 700.00 | 700.00 | | 0.00 | FA |
| 21. Fraudulent Transfer (u) | Unknown | 0.00 | | 28,651.12 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $195,215.00 | $17,715.00 | | $28,651.12 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

013013--Settled fraudulent transfer with Debtor in exchange for payments; Awaiting refinance of real property for remaining settlement amount.

| | | | | |
|---|---|---|---|---|
| RE PROP # | 1 | -- | Residential property at 458 Dogwood, University Park, IL 60484 | Exhibit A |
| RE PROP # | 3 | -- | Check from IRA withdrawal | |
| RE PROP # | 4 | -- | Bank account with Realtors Federal Credit Union | |
| RE PROP # | 5 | -- | Bank account with USA One National Credit Union no balance/overdrawn/possibly closed | |
| RE PROP # | 6 | -- | Checking account with Bank of America | |
| RE PROP # | 7 | -- | Four sofas | |
| RE PROP # | 8 | -- | Five television sets | |
| RE PROP # | 9 | -- | Misc household goods and furnishings | |
| RE PROP # | 10 | -- | Upright piano | |
| RE PROP # | 12 | -- | Jewlery | |
| RE PROP # | 13 | -- | Wedding ring and misc jewlery | |
| RE PROP # | 15 | -- | Husband's service sidearm | |
| RE PROP # | 16 | -- | IRA with T Rowe Price | |
| RE PROP # | 17 | -- | Real estate power of attorney from son regarding 224 Nauvoo, Park Forest, IL | |
| RE PROP # | 18 | -- | Real estate license | |
| RE PROP # | 19 | -- | 2002 Toyota Camry, 150,000 miles | |
| RE PROP # | 20 | -- | 2 computers, 1 printer | |
| RE PROP # | 21 | -- | Transfer of funds to son to purchase real estate at 224 Navou | |

Initial Projected Date of Final Report (TFR): 11/22/2013    Current Projected Date of Final Report (TFR): 11/22/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-47310 Trustee Name: Joji Takada, Chapter 7 Trustee
Case Name: BERNADETTE BROWNLEE Bank Name: Associated Bank
Account Number/CD#: XXXXXX9769
Checking
Taxpayer ID No: XX-XXX5686 Blanket Bond (per case limit):
For Period Ending: 01/20/2015 Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-47310  
Case Name: BERNADETTE BROWNLEE  
Taxpayer ID No: XX-XXX5686  
For Period Ending: 01/20/2015  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8282  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/14 | 21 | Darrell Jordan | Settlement payment Installment payment re compromise of fraudulent transfer | 1141-000 | $9,000.00 | | $9,000.00 |
| 09/13/14 | 21 | First Midwest Bank | Settlement payment Final payment re: settlement of fraudulent transfer litigation | 1141-000 | $19,651.12 | | $28,651.12 |
| 10/01/14 | 100001 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Payment to trustee professional Trustee attorney | 3210-000 | | $9,437.00 | $19,214.12 |
| 10/01/14 | 100002 | Frank Gecker LLP 325 N. LaSalle Suite 625 Chicago, IL 60610 | Payment to trustee professional Trustee attorney expenses | 3220-000 | | $17.10 | $19,197.02 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $28,651.12 | $9,454.10 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $28,651.12 | $9,454.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,651.12 | $9,454.10 |

Page Subtotals: $28,651.12  $9,454.10

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Exhibit B

### TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX8282 - Checking | $28,651.12 | $9,454.10 | $19,197.02 |
| XXXXXX9769 - Checking | $0.00 | $0.00 | $0.00 |
|  | $28,651.12 | $9,454.10 | $19,197.02 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,651.12 |
| Total Gross Receipts: | $28,651.12 |

Page Subtotals:                $0.00        $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-47310-BWB  
Debtor Name: BERNADETTE BROWNLEE  
Claims Bar Date: 5/2/2012  
Date: January 20, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $3,615.11 | $3,615.11 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $7.79 | $7.79 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | | $0.00 | $293.00 | $293.00 |
| 100 3210 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $9,437.00 | $9,437.00 |
| 100 3220 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $17.10 | $17.10 |
| 1 300 7100 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $8,109.18 | $8,109.18 |
| 2 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $3,357.10 | $3,357.10 |
| 3 300 7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $12,285.87 | $12,285.87 |
| 5 300 7100 | eCAST Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured | | $0.00 | $83.76 | $83.76 |
| | Case Totals | | | $0.00 | $37,205.91 | $37,205.91 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1                                       Printed: January 20, 2015

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-47310-BWB  Date: January 20, 2015
Debtor Name: BERNADETTE BROWNLEE
Claims Bar Date: 5/2/2012

Page 2  Printed: January 20, 2015

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-47310
Case Name: BERNADETTE BROWNLEE
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |
| Attorney for Trustee Fees: Frank Gecker LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ | $ | $ |
| Charges: US Bankruptcy Court Clerk | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 2 | American Express Centurion Bank | $ | $ | $ |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | $ | $ | $ |
| 5 | eCAST Settlement Corporation | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance                                           $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE