## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-47310 |
| BERNADETTE BROWNLEE | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court

219 South Dearborn

Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:

| | |
|---|---|
| Date: | 2/20/2015 |
| Time: | 9:00 a.m. |
| Location: | Joliet City Hall |
| | Second Floor |
| | 150 West Jefferson Street |
| | Joliet, Illinois |

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __1/22/2015__          By: __/s/ Joji Takada_____

Trustee

Joji Takada

6336 North Cicero Avenue, Suite 201

Chicago, Illinois 60646

Tel: 773-790-4888

## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BERNADETTE BROWNLEE | § | Case No. 11-47310 |
| | § | |
| Debtor(s) | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 28,651.12 |
| and approved disbursements of | $ | 9,454.10 |
| leaving a balance on hand of[1] | $ | 19,197.02 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,615.11 | $ 0.00 | $ 3,615.11 |
| Trustee Expenses: Joji Takada | $ 7.79 | $ 0.00 | $ 7.79 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 9,437.00 | $ 9,437.00 | $ 0.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 17.10 | $ 17.10 | $ 0.00 |
| Charges: US Bankruptcy Court Clerk | $ 293.00 | $ 0.00 | $ 293.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,915.90 |
| Remaining Balance | $ | 15,281.12 |

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,835.91 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 64.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ 8,109.18 | $ 0.00 | $ 5,198.77 |
| 2 | American Express Centurion Bank | $ 3,357.10 | $ 0.00 | $ 2,152.23 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | $ 12,285.87 | $ 0.00 | $ 7,876.43 |
| 5 | eCAST Settlement Corporation | $ 83.76 | $ 0.00 | $ 53.69 |

Total to be paid to timely general unsecured creditors $ 15,281.12

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada _____
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-47310-BWB
Bernadette Brownlee                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mrahmoun        Page 1 of 1          Date Rcvd: Jan 23, 2015
                             Form ID: pdf006        Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2015.
db          +Bernadette Brownlee,   224 Nauvoo,   Park Forest, IL 60466-2455
18085064    +American Express,   PO Box 981540,   El Paso, TX 79998-1540
18562653     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18085065    +Amex,   P.o. Box 981537,   El Paso, TX 79998-1537
18085066    +Blitt & Gaines P.C.,   661 Glenn Ave.,   Wheeling, IL 60090-6017
18085062    +Brownlee Bernadette,   224 Nauvoo,   Park Forest, IL 60466-2455
18085067   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,   Po Box 85520,   Richmond, VA  23285)
18498680     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
18085068    +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
18085069    +Citi,   P.o. Box 6500,   Sioux Falls, SD 57117-6500
18085070    +Firstsource Advantage,   205 Bryant Woods South,   Amherst, NY 14228-3609
18085071    +Freedman Anselmo Lindberg LLC,   PO Box 3228,   Naperville, IL 60566-3228
18085063    +Law Offices of Darrell L Jordan,   1999 West Galena,   Aurora, IL 60506-4305
18085072    +MRS Associates Of New Jersey,   1930 Olney Ave.,   Cherry Hill, NJ 08003-2016
18085073    +Nationwide Credit Inc,   2002 Summit Blvd.,   Suite 600,   Atlanta, GA 30319-1559
18085074    +Northstar,   4285 Genesee Street,   Cheektowaga, NY 14225-1943
18085075    +Pnc Mortgage,   3232 Newmark Dr,   Miamisburg, OH 45342-5433
18085076    +United Collection Bureau,   5620 Southwyck Blvd., Suite 206,   Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19550283    +E-mail/Text: bnc@bass-associates.com Jan 24 2015 01:24:04
             Capital One, N.A. (Best Buy Co., Inc.),   c/o Bass & Associates, P.C.,
             3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
18834127    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 24 2015 01:28:53
             PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
21952511    +E-mail/Text: bnc@bass-associates.com Jan 24 2015 01:24:04    eCAST Settlement Corporation,
             c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                  TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Frank/Gecker LLP
                                                                       TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2015                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2015 at the address(es) listed below:
              Darrell L Jordan   on behalf of Debtor Bernadette  Brownlee lawjko@yahoo.com,  dlj60506@gmail.com
              Darrell L Jordan   on behalf of Defendant Galloway III  Cleveland lawjko@yahoo.com,
               dlj60506@gmail.com
              Frances  Gecker   on behalf of Trustee Joji  Takada fgecker@fgllp.com,  csmith@fgllp.com
              Joji  Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
              Joji  Takada   on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L Zielinski   on behalf of Plaintiff Joji  Takada zzielinski@wfactorlaw.com
              Zane L Zielinski   on behalf of Trustee Joji  Takada zzielinski@wfactorlaw.com
                                                                          TOTAL: 8