UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
BERNADETTE BROWNLEE § Case No. 11-47310
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Joji Takada, Chapter 7 Trustee  , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| US Bankruptcy Court Clerk | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Express Centurion Bank | | | | | |
| 5 | eCAST Settlement Corporation | | | | | |
| 1 | N. A. Capital One Bank (Usa) | | | | | |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-47310 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | BERNADETTE BROWNLEE | | | | Date Filed (f) or Converted (c): | 11/22/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/19/2011 |
| For Period Ending: | 04/14/2015 | | | | Claims Bar Date: | 05/02/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 177,400.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 10.00 | 10.00 | | 0.00 | FA |
| 3. Cash | 3,200.00 | 3,200.00 | | 0.00 | FA |
| 4. Bank Account | 50.00 | 50.00 | | 0.00 | FA |
| 5. Bank Account | 0.00 | 0.00 | | 0.00 | FA |
| 6. Checking Account | 50.00 | 50.00 | | 0.00 | FA |
| 7. Household Goods | 400.00 | 400.00 | | 0.00 | FA |
| 8. Household Goods | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9. Household Goods | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10. Household Goods | 250.00 | 250.00 | | 0.00 | FA |
| 11. Wearing Apparel | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12. Furs Jewelry | 500.00 | 500.00 | | 0.00 | FA |
| 13. Furs Jewelry | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 14. Hobby Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 15. Hobby Equipment | 20.00 | 20.00 | | 0.00 | FA |
| 16. IRA | 2,200.00 | 2,200.00 | | 0.00 | FA |
| 17. Equitable Future Interest Life Estate | 0.00 | 0.00 | | 0.00 | FA |
| 18. License Franchises Other General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 19. Vehicle | 5,335.00 | 5,335.00 | | 0.00 | FA |
| 20. Office Equipment Furnishings | 700.00 | 700.00 | | 0.00 | FA |
| 21. Fraudulent Transfer (u) | Unknown | 0.00 | | 28,651.12 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                $195,215.00            $17,745.00           $28,651.12                $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

013013--Settled fraudulent transfer with Debtor in exchange for payments; Awaiting refinance of real property for remaining settlement amount.

TFR prepared/filed. - Joji Takada 11/30/2014

All checks cleared; Trustee to prepare TDR. - Joji Takada 4/6/2015

| RE PROP # | 1  | -- | Residential property at 458 Fairway Lane, University Park, IL 60484 |
| RE PROP # | 3  | -- | Check from IRA withdrawal |
| RE PROP # | 4  | -- | Bank account with Realtors Federal Credit Union |
| RE PROP # | 5  | -- | Bank account with USA One National Credit Union no balance/overdrawn/possibly closed |
| RE PROP # | 6  | -- | Checking account with Bank of America |
| RE PROP # | 7  | -- | Four sofas |
| RE PROP # | 8  | -- | Five television sets |
| RE PROP # | 9  | -- | Misc household goods and furnishings |
| RE PROP # | 10 | -- | Upright piano |
| RE PROP # | 12 | -- | Jewlery |
| RE PROP # | 13 | -- | Wedding ring and misc jewlery |
| RE PROP # | 15 | -- | Husband's service sidearm |
| RE PROP # | 16 | -- | IRA with T Rowe Price |
| RE PROP # | 17 | -- | Real estate power of attorney from son regarding 224 Nauvoo, Park Forest, IL |
| RE PROP # | 18 | -- | Real estate license |
| RE PROP # | 19 | -- | 2002 Toyota Camry, 150,000 miles |
| RE PROP # | 20 | -- | 2 computers, 1 printer |
| RE PROP # | 21 | -- | Transfer of funds to son to purchase real estate at 224 Navou |

Initial Projected Date of Final Report (TFR): 11/22/2013         Current Projected Date of Final Report (TFR): 11/22/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-47310 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: BERNADETTE BROWNLEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9769 |
| | Checking |
| Taxpayer ID No: XX-XXX5686 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8282 | Transfer of Funds | 9999-000 | $19,197.02 | | $19,197.02 |
| 02/24/15 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $3,615.11 | $15,581.91 |
| 02/24/15 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $7.79 | $15,574.12 |
| 02/24/15 | 1003 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Final distribution per court order. | 2700-000 | | $293.00 | $15,281.12 |
| 02/24/15 | 1004 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $5,198.77 | $10,082.35 |
| 02/24/15 | 1005 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $2,152.23 | $7,930.12 |
| 02/24/15 | 1006 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $7,876.43 | $53.69 |
| 02/24/15 | 1007 | eCAST Settlement Corporation<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Final distribution per court order. | 7100-000 | | $53.69 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $19,197.02 | $19,197.02 |
| Less: Bank Transfers/CD's | $19,197.02 | $0.00 |
| Subtotal | $0.00 | $19,197.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $19,197.02 |

Page Subtotals: $19,197.02 $19,197.02

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-47310 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | BERNADETTE BROWNLEE | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX8282 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5686 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/14 | 21 | Darrell Jordan | Settlement payment<br>Installment payment re compromise of fraudulent transfer | 1141-000 | $9,000.00 | | $9,000.00 |
| 09/13/14 | 21 | First Midwest Bank | Settlement payment<br>Final payment re: settlement of fraudulent transfer litigation | 1141-000 | $19,651.12 | | $28,651.12 |
| 10/01/14 | 100001 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Payment to trustee professional<br><br>Trustee attorney | 3210-000 | | $9,437.00 | $19,214.12 |
| 10/01/14 | 100002 | Frank Gecker LLP<br>325 N. LaSalle Suite 625<br>Chicago, IL 60610 | Payment to trustee professional<br><br>Trustee attorney expenses | 3220-000 | | $17.10 | $19,197.02 |
| 01/26/15 | | Transfer to Acct # xxxxxx9769 | Transfer of Funds | 9999-000 | | $19,197.02 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $28,651.12 | $28,651.12 |
| Less: Bank Transfers/CD's | $0.00 | $19,197.02 |
| Subtotal | $28,651.12 | $9,454.10 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $28,651.12 | $9,454.10 |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Page Subtotals: $28,651.12 $28,651.12

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8282 - Checking | $28,651.12 | $9,454.10 | $0.00 |
| XXXXXX9769 - Checking | $0.00 | $19,197.02 | $0.00 |
|  | $28,651.12 | $28,651.12 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $28,651.12 |
| Total Gross Receipts: | $28,651.12 |

Page Subtotals: $0.00   $0.00